UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

        - v -                                                    Indictment No. 07 CR 461(HB)

KI YUNG YEUNG,
       a.k.a. "Eileen Young"
FRANCES ENG,
BONNIE CHAO,
DEREK MUI,

       Defendants.
------------------------------------------------------------x

       IT IS HEREBY ORDERED that Derek Mui's bail conditions in the above-referenced matter are modified to allow him to travel for employment purposes to the Eastern District of Pennsylvania, the Eastern District of Wisconsin, and the Eastern District of Virginia upon notice to and the consent of pre-trial services. These newly permissible destinations are meant as a supplement to the ones in Mr. Mui's original bail conditions.

                                            _____ 6/14/07
                                            HON. HAROLD BAER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07