USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 11, 2007

RECEIVED
JUL 12 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

<u>By Facsimile</u>
Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Fax: (212) 805-7901

Re: United States v. Ki Yung Yeung, a/k/a "Eileen Young," Francis Eng, Bonnie Chao, Derek Mui, 07 Cr. 461 (HB)

Dear Judge Baer:

At the last pretrial conference in this case on June 14, 2007, the Government neglected to request that the Court exclude the time under the Speedy Trial Act. The Government now so moves, requesting that the Court exclude the time under the Speedy Trial Act until the next pretrial conference, currently scheduled for July 30, 2007, at 2 pm, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
David A. O'Neil
Assistant United States Attorney
Tel. No.: (212) 637-2533

7/12/07
SO ORDERED
Harold Baer
USDJ

cc: JaneAnne Murray, Esq. (by facsimile: 866-259-7819)
Philip Karysak, Esq. (by facsimile: 212-233-3801)
Kelley Sharkey, Esq. (by facsimile: 718-875-0053)
Bryan King, Esq. (by facsimile: 917-591-3244)

TOTAL P.02