NEW YORK CITY OFFICE
275 MADISON AVENUE
. . . FLOOR
NEW YORK, N.Y. 10016

TELEPHONE NYC - (212) 681-2800
TELEPHONE LI - (516) 522-2522
FACSIMILE (631) 691-324...
DAVIDSMITH@DSSESQ.COM

LONG ISLAND OFFICE
626 REXCORP PLAZA
8 FLOOR – WEST TOWER
UNIONDALE, N.Y. 11556

February 13, 2008

**RECEIVED**
FEB 3 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

Via Facsimile
Hon. Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    U.S. v. Derek Mui et al. 07-CR-46-04 (HB)   07 CR 461

Your Honor:

    I represent Derek Mui in the above-referenced matter and write in connection with his upcoming surrender, which is scheduled for March 1, 2008. As Your Honor may recall, on January 3, 2008, Mr. Mui was sentenced to nine months of incarceration pursuant to his plea of guilty to bank fraud charges. Since he is eligible to serve his time in a prison camp setting, upon my application Your Honor also recommended that he "be incarcerated at Otisville, New York."

    Unfortunately, on or about January 29, 2008, Mr. Mui was notified that he had been designated by the Bureau of Prisons to serve his time at the Metropolitan Detention Center. I am uncertain as to why this designation was made despite the Court's recommendation and Mr. Mui's eligibility for a minimum security setting. As the Court is aware, the MDC is a high security urban detention center, not a minimum security facility, and the conditions of confinement are quite difficult.

    It is my intention to discuss this issue with the Bureau of Prisons but, before I do so, I would like to ask the Court's assistance in clarifying its recommendation and having Mr. Mui re-designated. Mr. Mui's Judgment in a Criminal Case simply states that "The Defendant Be Incarcerated at Otisville, New York." I respectfully request that the Court specifically recommend that he be incarcerated at the Federal Prison Camp Facility at Otisville, New York or, if not available, to the Federal Prison Camps located at Ft. Dix, New Jersey, Fairton, New Jersey or Canaan, Pennsylvania. In that regard, I have attached a proposed order for the Court's convenience. Finally, I have spoken with AUSA David O'Neil regarding this request and he takes no position regarding it.

---

\* Please send all correspondence to the Uniondale, N.Y. address.

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08**

Thank you in advance for your consideration of this request.

Respectfully submitted,

David Smith

Enc.
Cc:   AUSA David O'Neil

*I made the recommendation you urged as I told you I can't order the BOP's to do anything — they assign on the basis of room & offense — Good luck — but by all means don't miss the March 1, 08 surrender date.*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 2/13/08

Endorsement:

I made the recommendation you urged. As I told you I can't order the BOP to do anything - they assign on the basis of room and offense - Good luck but by all means don't miss the March 1, 2008 surrender date.